Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr & Robichaux
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LISA HESS,<br>      Plaintiff,<br><br>v.<br><br>NANCY BERRYHILL,<br>  Commissioner of Social Security,<br>      Defendant. | 6:13-CV-01034-MO<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $9,236.25 pursuant to 42 U.S.C. § 406(b). The attorney fee of $2,552.79 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this __3rd__ day of __August__, 2017.

*/s/ Michael W. Mosman*
Michael Mosman
United States District Court Judge